

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2015

No. 04-15-00063-CV

**IN THE INTEREST OF Z.R.M.**, child,

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 13-11-22140-CV
The Honorable Cathy Morris, Judge Presiding

## O R D E R

Court reporter Debra Gifford has filed a motion for extension of time until April 6, 2015 to file the record in this appeal from an order terminating parental rights. The record in this appeal was due February 17, 2015. We previously denied a motion by Gifford that requested an extension until April 6, explaining to her that she was required to give this appeal priority over all other work.

The motion is **DENIED**. We **order** Gifford to prepare and file the record immediately. *See* TEX. FAM. CODE ANN. § 109.002(a) (West 2014)(appeal in which termination of the parent-child relationship is in issue is accelerated and takes precedence over all other cases); TEX. R. APP. P. 28.4(b)(1)(when notice of appeal from order terminating parental rights is filed, court reporter must immediately commence preparation of record); TEX. R. APP. P. 28.4(b)(2), 35.3(c)(court of appeals may not grant reporter extension of more than ten days at a time or more than thirty days cumulatively in termination appeal).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court